**Order entered March 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00053-CV**

**IN THE INTEREST OF A.W. AND K.W., MINOR CHILDREN**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-18501**

**No. 05-22-00055-CV**

**IN THE INTEREST OF C.B., A MINOR CHILD**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02014**

**ORDER**

These companion appeals were filed separately although a review of the record reveals the trial court consolidated trial court cause number DF-19-02014 into trial court cause number DF-16-18501 prior to entry of the appealed final judgment. Accordingly, we **CONSOLIDATE** appellate cause number 05-22-00055-CV into appellate cause number 05-22-00053-CV. All documents,

including appellant's brief on the merits, from appellate cause number 05-22-00055-CV shall be transferred into appellate cause number 05-22-00053-CV. For administrative purposes, appellate cause number 05-22-00055-CV is treated as a closed case. Any future filings pertaining to that appeal shall be filed under appellate cause number 05-22-00053-CV.

Appellee's brief remains due April 11, 2022.

/s/    DENNISE GARCIA
        JUSTICE